IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 28 PM 3: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

WILLIE E. BENNER, SR., Husband
and surviving spouse of BOBBIE
JEAN BENNER, Deceased,

   Plaintiff,

VS.           CASE NO. 05-2290 – D V

WYETH, INC., WYETH
PHARMACEUTICALS, INC.,
SOLVAY PHARMACEUTICALS,
INC., PHARMACIA & UPJOHN
COMPANY, PFIZER INC.,
GREENSTONE, LTD., and
BARR PHARMACEUTICALS, INC.,

   Defendants.

---

### CONSENT ORDER EXTENDING TIME FOR DEFENDANTS PHARMACIA & UPJOHN COMPANY, PFIZER INC., AND GREENSTONE, LTD. TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

---

This cause came on to be heard upon the Agreed Motion to Extend Time for Defendants Pharmacia & Upjohn Company ("P&U"), Pfizer Inc. ("Pfizer"), and Greenstone, Ltd. ("Greenstone") to respond to the Plaintiff's Complaint, and

IT APPEARING TO THE COURT that Multi-district Litigation proceedings have been initiated in the United States District Court for the Eastern District of Arkansas and that transfer of this case to that district is probable in the near future, accordingly,

IT IS HEREBY ORDERED that the Defendants P&U, Pfizer, and Greenstone may have additional time to plead or answer the Plaintiff's Complaint until thirty days from the date this

Document entered on the docket sheet in compliance
Rule 58 and/or 79(a) FRCP on _____

matter is transferred to and received by the Clerk of the United States District Court for the Eastern District of Arkansas or as otherwise ordered by the United States District Court for the Eastern District of Arkansas.

ENTER:

_____
JUDGE

DATE: October 28, 2005

APPROVED:

_____
Michael B. Neal (TN Disp. Bd. 8410)
Attorney for Pharmacia & Upjohn
Company, Pfizer Inc., and Greenstone, Ltd.
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue, Suite 700
Memphis, TN 38103
(901) 523-8211

_____
John Michael Bailey (TN 6941)  by permission
John Michael Bailey Injury Lawyers     /s/ M. Neal
5978 Knight Arnold, Suite 400
Memphis, TN 38115
(901) 529-1010

_____ /s/ M. Neal with permission
Craig P. Niedenthal (Bar No. ASB-3761-D38C)
Brian D. Turner, Jr. (Bar No. ASB-0163-R54B)
Cory, Watson, Crowder & DeGaris
2131 Magnolia Avenue
Birmingham, AL 35216
(205) 328-2200

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02290 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Benjamin T. Reese
LEITNER WILLIAMS DOOLEY & NAPOLITAN
3rd Floor
801 Broad St
Chattanooga, TN 37402

John M. Bailey
LAW OFFICES OF JOHN M. BAILEY
5978 Knight Arnold
Ste. 400
Memphis, TN 38115

William E. Godbold
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
801 Broad Street
Third Floor
Chattanooga, TN 37402

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT